1   Robert N. Schiff (Bar No. 56072)
    David W. Evans (Bar No. 79466)
2   Lorraine A. Barrabee (Bar No. 136300)
    HAIGHT BROWN & BONESTEEL LLP
3   100 Bush Street, 27th Floor
    San Francisco, California 94104-3967
4   Telephone:  (415) 986-7700
    Facsimile:  (415) 986-6945
5
    Attorneys for Plaintiff
6   FIREMAN'S FUND INSURANCE COMPANY

7   Donald W. Rees (Bar No. 34329)
    GORDON & REES LLP
8   Embarcadero Center West
    275 Battery Street, Suite 2000
9   San Francisco, CA 94111
    Telephone: (415) 986-5900
10  Facsimile:    (415) 986-8054

11  Attorneys for Defendant
    GENERAL REINSURANCE CORPORATION
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16  FIREMAN'S FUND INSURANCE          )   Case No. C03-04406 JCS  ARB
    COMPANY, A California Corporation, )
17                                     )   **STIPULATION RE AMOUNT OF PRE-**
                    Plaintiff,         )   **JUDGMENT INTEREST**
18                                     )
            v.                         )   Judge:   Hon. Joseph C. Spero
19  GENERAL REINSURANCE               )
    CORPORATION, A Delaware Corporation, )  Complaint Filed:   September 30, 2003
20                                     )   Trial Date:        May 31, 2005
                    Defendant.         )
21  _____ )

22

23      Plaintiff FIREMAN'S FUND INSURANCE COMPANY ("Fireman's Fund" or

24  "plaintiff") and defendant GENERAL REINSURANCE CORPORATION ("General Re" or

25  "defendant"), by and through their counsel of record, hereby stipulate as follows:

26      1.      Based upon the Court's August 5, 2005 Findings of Fact and Conclusions of Law

27  ("Findings"), counsel for the parties have met and conferred as to the amount of pre-judgment

28  interest to be included in the Judgment to be entered in favor of Fireman's Fund.

LAW OFFICES
**HAIGHT, BROWN &
BONESTEEL, L.L.P.**
San Francisco

FF97-0000010
3060839.1

1

STIPULATION RE PRE-JUDGMENT
INTEREST  No. C03-04406 JCS  ARB

1    2.    The principal amount of the Judgment per the Court's August 5, 2005 "Findings" is

2  $238,282.65.

3    3.    For purposes of computing pre-judgment interest, the parties have agreed that the

4  appropriate rate of interest is the "legal rate," i.e., seven percent (7%) per annum, in that the

5  reinsurance certificates at issue in this matter were entered into prior to 1986, thus making

6  California Civil Code § 3289 inapplicable.

7    4.    The parties have agreed that the "accrual date" as established by the Court in its

8  "Findings," i.e., December 17, 2000, is the appropriate accrual date for purposes of computing

9  pre-judgment interest, provided, however, that as to the two invoices issued subsequent to that

10  date (Chem Trol and Oil & Solvent), the actual invoice dates shall be used for pre-judgment

11  interest accrual purposes.

12    5.    Accordingly, the parties have agreed that pre-judgment interest in the amount of

13  $66,542.85 has accrued to and including August 19, 2005; said amount will increase at the rate of

14  $45.70 per day thereafter until the date Judgment is entered.

15    6.    The foregoing is without prejudice to either party's other post-trial and/or appellate

16  rights and remedies.

17    IT IS SO STIPULATED.

18  Dated: August 18, 2005        HAIGHT, BROWN & BONESTEEL, L.L.P.

19

20                        By:

21                           David W. Evans

22                           Lorraine A. Barrabee
                               Attorneys for Plaintiff

23                           FIREMAN'S FUND INSURANCE
                           COMPANY

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000010
3060839.1

2

STIPULATION RE PRE-JUDGMENT
INTEREST

1  Dated: August 18, 2005                 GORDON & REES LLP

2

3                                          By: _____

4                                              Donald W. Rees
                                               Attorneys for Defendant
4                                              GENERAL REINSURANCE
5                                              CORPORATION

6

7                                  **ORDER**

8        Based on the foregoing stipulation of the parties, and good cause therefor appearing, the

9   Court shall include the amount of $66,542.85, plus $45.70 per day for each day from August 19,

10  2005 until the date Judgment is entered, in pre-judgment interest in the Judgment to be entered in

11  favor of plaintiff Fireman's Fund Insurance Company and against defendant General Reinsurance

12  Corporation.

13       IT IS SO ORDERED.

14

15  Dated: ____August 19, 2005_____

16

17                                          JOSEPH C. SPERO
                                            United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000010
3060839.1

3

STIPULATION RE PRE-JUDGMENT
INTEREST