| | |
|---|---|
| 1 | Robert N. Schiff (Bar No. 56072) |
| | David W. Evans (Bar No. 79466) |
| 2 | Scott M. Bloom (Bar No. 183891) |
| | HAIGHT, BROWN & BONESTEEL, L.L.P. |
| 3 | 100 Bush Street, 27th Floor |
| | San Francisco, California 94104-3967 |
| 4 | Telephone: (415) 986-7700 |
| | Facsimile: (415) 986-6945 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | FIREMAN'S FUND INSURANCE COMPANY |
| 7 | Donald W. Rees (Bar No. 34329) |
| | Sara M. Thorpe (Bar No. 146529) |
| 8 | GORDON & REES LLP |
| | Embarcadero Center West |
| 9 | 275 Battery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| 10 | Telephone: (415) 986-5900 |
| | Facsimile: (415) 986-8054 |
| 11 | |
| | Attorneys for Defendant |
| 12 | GENERAL REINSURANCE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, A California Corporation, | ) ) ) | Case No. C03-04406 JCS |
| Plaintiff, | ) ) | **STIPULATION RE HEARING ON DEFENDANT GENERAL REINSURANCE CORPORATION'S MOTION FOR NEW TRIAL AND ALTERNATIVE MOTION TO AMEND JUDGMENT** |
| v. | ) ) | |
| GENERAL REINSURANCE CORPORATION, A Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) ) ) | Date: November 18, 2005<br>Time: 9:30 a.m.<br>Ctrm: A, 15th Floor<br>Judge: Hon. Joseph C. Spero |

Plaintiff FIREMAN'S FUND INSURANCE COMPANY ("Fireman's Fund" or "plaintiff") and defendant GENERAL REINSURANCE CORPORATION ("Gen Re" or "defendant"), by and through their counsel of record, hereby stipulate as follows:

1. On October 7, 2005, Gen Re filed a Motion for New Trial or Alternative Motion to Amend Judgment. Gen Re's motion is set for hearing on November 18, 2005.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000010
3075671.1

1

Case No. C03-04406 JCS
STIP. RE HEARING DATE OF GEN RE'S
MOTION FOR NEW TRIAL

2. Fireman's Fund and Gen Re have agreed to continue the hearing on Gen Re's Motion for New Trial and Alternative Motion to Amend Judgment. The parties request that the Court re-schedule the hearing on Gen Re's motions from November 18, 2005, to January 20, 2006, at 1:30 p.m.

3. General Reinsurance Corporation's Reply Brief shall be filed on or before November 14, 2005.

Dated: October 2y, 2005                HAIGHT, BROWN & BONESTEEL, L.L.P.

By: _____
David W. Evans
Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE COMPANY

Dated: October 28, 2005                GORDON & REES LLP

By: _____
Donald W. Rees
Sarah M. Thorpe
Attorneys for Defendant
GENERAL REINSURANCE CORPORATION

## ORDER

Based on the foregoing stipulation of the parties, and good cause therefor appearing, the Court hereby orders that the hearing date for Gen Re's Motion for New Trial and alternative Motion to Amend Judgment is continued to January 20, 2006, at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 31, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P
San Francisco

FF97-0000010
3075671.1

2

Case No. C03-04406JCS
STIP. RE HEARING DATE OF GEN RE'S
MOTION FOR NEW TRIAL